IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| BERNARD E. BURNS, and DIANE M. BURNS, | ) Case No. 3:18-cv-772-DRL-MGG |
| Plaintiffs, | ) Judge Damon R. Leichty |
| v. | ) Magistrate Judge Michael G. Gotsch, Sr. |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE:** The plaintiffs Bernard E. and Diane M. Burns, and the defendant United States of America, by and through their undersigned counsel, are the parties who have appeared in this action.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby agree and stipulate to the dismissal of this action with prejudice.  The parties further agree and stipulate that each party shall bear their own costs and attorneys' fees.

| | |
|---|---|
| **FOR BERNARD E. BURNS and DIANE M. BURNS, Plaintiffs** | **FOR THE UNITED STATES OF AMERICA, Defendant** |
| /s/ Patrick W. Thomas (with consent) | /s/ Jeffrey N. Nuñez |
| PATRICK W. THOMAS | JEFFREY N. NUÑEZ |
| Professor of the Practice, | Trial Attorney, Tax Division |
| Notre Dame Tax Clinic | U.S. Department of Justice, |
| 725 Howard St. | Post Office Box 55 |
| South Bend, IN 46617 | Ben Franklin Station |
| Telephone:   (574) 631-9149 | Washington, D.C.  20044 |
| Fax:   (574) 631-6725 | Telephone:   (202) 616-5218 |
| Email: pthomas3@nd.edu | Fax:   (202) 514-5238 |
| | Jeffrey.N.Nunez@usdoj.gov |

1

## CERTIFICATE OF SERVICE

      I, Jeffrey N. Nuñez, hereby certify that on August 16, 2019, I electronically filed the foregoing document via this Court's ECF system, which will send notice to all parties requesting notice through this Court's ECF system.  The United States submits that, under the circumstances, no other or further notice is required.

                                      */s/ Jeffrey N. Nuñez*
                                      JEFFREY N. NUÑEZ
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice